UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANCISCO E. VIDAL,

Plaintiff,

v.

CITY OF NORTH LAS VEGAS et al.,

Defendants.

Case No. 2:25-cv-01724-APG-EJY

**REPORT AND RECOMMENDATION**

This action commenced when Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint on September 12, 2025, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee to commence a civil action. ECF No. 1-1. The Court issued an Order on February 2, 2026 giving Plaintiff through and including March 2, 2026 to file an IFP application or pay the filing fee. ECF No. 3. The Court explained that failure to comply with the Order would result in a recommendation to dismiss this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 27th day of March, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also

held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).