**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO VIDAL, | Case No.: 2:25-cv-01724-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | |
| CITY OF NORTH LAS VEGAS, et al., | [ECF No. 4] |
| Defendants | |

On March 27, 2026, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Francisco Vidal did not pay the filing fee or submit an application to proceed in forma pauperis by the given deadline. ECF No. 4.  Vidal did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 4) is accepted, and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 18th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE